1086

No. 884. SHAFTER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioners. *Solicitor General Griswold, Acting Assistant Attorney General Eardley, Morton Hollander,* and *Bruno A. Ristau* for the United States.

No. 885. HOLT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Herbert K. Hyde* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 886. UNITED JEWISH APPEAL OF GREATER NEW YORK, INC., ET AL. *v.* SCHAEFLER, EXECUTOR, ET AL. Ct. App. N. Y. Certiorari denied. *Joseph T. Arenson* for petitioners. *Richard Henry Pershan* for respondents Schaefler et al.

No. 891. COHEN ET UX. *v.* BREDEHOEFT ET AL. C. A. 5th Cir. Certiorari denied. *Presley E. Werlein, Jr.,* and *Charles A. Easterling* for petitioners. *Edward A. Cazares* for respondents.

No. 903. BAILEY'S BAKERY, LTD. *v.* CONTINENTAL BAKING CO. ET AL. C. A. 9th Cir. Certiorari denied. *Maxwell Keith, Shiro Kashiwa,* and *David Berger* for petitioner. *John H. Schafer* and *Herbert Dym* for respondents.

No. 909. HAHN *v.* KENTUCKY ALCOHOLIC BEVERAGE CONTROL BOARD ET AL. Ct. App. Ky. Certiorari denied. *William F. Hopkins* for petitioner. *Chat Chancellor* for respondents.